# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MYEESHA E. HENDERSON, | ) | No. EDCV 07-00815 (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 30, 2008.

/s/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE